Ryan Farnsworth, ISB No. 8885
Avery Law
3090 E Gentry Way Ste 150
Meridian, ID 83642
Telephone: (208) 639-9400
Fax: (208) 994-3182

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re | |
|---|---|
| Luis Rojas Acero and Maria Posso Salazar | Case No. 20-01091-NGH |
| Debtors. | CHAPTER 7 |

**MOTION TO CONVERT TO CHAPTER 13**

**COMES NOW**, Luis Rojas Acero and Maria Posso Salazar, by and through their counsel of record, Ryan Farnsworth of Avery Law, and hereby moves to convert their bankruptcy case from Chapter 7 to Chapter 13, pursuant to 11 USC § 1307(a). At the time of this Motion, there is no pending Motion to Dismiss or Motion to Lift the Automatic Stay.

DATED this 5th day of March, 2021.

/s/ Ryan Farnsworth
Attorney for Debtors

Motion to Convert

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2021, I filed the above Motion to Convert electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee - ustp.region18.bs.ecf@usdoj.gov

Timothy Kurtz - trk@kurtztrustee.com

Kathleen McCallister – kam@kam13trustee.com

**AND I HEREBY CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

SEE THE MAILING MATRIX ATTACHED HERETO.

/s/ Crystal Robertson
Chapter 13 Paralegal

Motion to Convert

2

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Access One
PO Box 5184
Baltimore, MD 21224-0184

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bonneville Billing
PO Box 856
Boise, ID 83701-0856

Bonneville Collections
Po Box 150621
Ogden, UT 84415-0621

CEP America
PO Box 582663
Modesto, CA 95358-0070

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Cavalry Portfolio Services
Attn: Bankruptcy
500 Summit Lake Drive, Suite 400
Vahalla, NY 10595-2322

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Cdi Affiliated Service
Attn: Banktruptcy
Po Box 4068
Boise, ID 83711-4068

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity - Maurices
PO Box 659705
San Antonio, TX 78265-9705

Connexus CU
Attn: Bankruptcy
Po Box 8026
Wausau, WI 54402-8026

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Crown Asset Management
9355 E Stockton Blvd
Suite 210
Elk Grove, CA 95624-9528

Ensource
PO Box 71098
Springfield, OR 97475-0182

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Gem State Radiology
PO Box 9649
Boise, ID 83707-4649

Genesis Bankcard Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

(p)IDAHO CENTRAL CREDIT UNION
PO BOX 2469
POCATELLO ID 83206-2469

Idaho Urologic PA
2855 E Magic View Dr
Meridian, ID 83642-6245

Key Bank Na
Attn: Bankruptcy
4910 Tiedeman Road
Brooklyn, OH 44144-2338

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Maria Jeldres Rojas
7339 S. Arcadia
Boise, ID 83709

Norco
PO Box 15299
Boise, ID 83715-5299

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Aqua Finance
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

RC Willey Home Furnishings
Attn: Bankruptcy
Po Box 410429
Salt Lake City, UT 84141-0429

RPM
20816 44th Ave W.
Lynnwood, WA 98036-7799

Receivables Performance Mgmt
Attn: Bankruptcy
20818 44th Ave. W, Suite 140
Lynnwood, WA 98036-7709

Resurgent Capital Services
Attn: Bankruptcy
Pob 10497
Greenville, SC 29603-0497

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

St. Alphonsus
PO Box 3930
Portland, OR 97208-3930

St. Alphonsus Rehabilitation
PO Box 31001-2369
Pasadena, CA 91110-0001

Suttell   Hammer
Attorney at Law
PO Box C-90006
Bellevue, WA 98009

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

TDRCS/Mor Furniture
Attn: Bankruptcy
Po Box 731
Mahway, NJ 07430-0731

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Treasure Valley Urology
3085 E. Magic View Drive STE
Meridian, ID 83642-3744

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

(p)WAKEFIELD & ASSOCIATES
PO BOX 50250
KNOXVILLE TN 37950-0250

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Jewelry Advantage
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306-0438

Wfhm
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306-0335

Luis Herney Rojas Acero
7339 S. Acacia Ave
Boise, ID 83709-6896

Maria Fernanda Posso Salazar
7339 S. Acacia Ave
Boise, ID 83709-6896

Riley Wilcox
Guardian Group Real Estate
1803 N. 28th Street
Boise, ID 83703-5908

(p)TIMOTHY R KURTZ
P O BOX 956
BOISE ID 83701-0956

Idaho Central Credit Union
Attn: Bankruptcy
Po Box 2469
Pocatello, ID 83206

TMobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

Toyota Financial Services
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

Wakefield   Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909